■ Lansco Corporation, Respondent, v Strike Holdings LLC, Appellant, et al., Defendant. [21 NYS3d 888]—

Judgment, Supreme Court, New York County (Arthur F. Engoran, J.), entered January 7, 2015, against defendant Strike Holdings LLC in favor of plaintiff, unanimously affirmed, with costs. Appeal from order, same court and Justice, entered December 29, 2014, after a nonjury trial, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

The court's determination that plaintiff is entitled to a broker's commission from defendant Strike is supported by the trial evidence (*see Thoreson v Penthouse Intl.*, 80 NY2d 490, 495 [1992]). The evidence establishes that plaintiff was the procuring cause of the lease and that, even if it were not, Strike breached its agreement to protect plaintiff with respect to the property, terminating plaintiff's activities in bad faith and as a mere device to escape the payment of the commission (*see SPRE Realty, Ltd. v Dienst*, 119 AD3d 93, 99, 100 [1st Dept 2014]). Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.